IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00338-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

KASSANDRA SIOMARA LARA,

       Defendant.

_____

**DEFENDANT'S MOTION FOR A VARIANT SENTENCE
OF STRAIGHT PROBATION**
_____

       COMES NOW, Defendant (hereinafter "Ms. Lara"), by and through undersigned counsel, and seeks a sentence of straight probation. In support, Ms. Lara states that:

       1.    Ms. Lara seeks a sentence of probation and no community confinement or home detention. Likewise, Probation recommends a sentence of probation without any community confinement or home detention. Although not so denominated, that is a slight variance from Zone B of the guidelines.

       2.    There is not much daylight between Ms. Lara's request, Probation's recommendation, and the government's recommendation in this case. The government has agreed to recommend a sentence of probation to include six months of community confinement or home detention. That recommendation is within the Zone B guideline.

       3.    Probation succinctly and accurately has summarized why straight probation is appropriate – sufficient but no greater than necessary to meet sentencing

goals.  No lengthy explication of 3553 factors is warranted.  The essential points supporting probation alone are:

- Ms. Lara's personal history and characteristics left her open to manipulation by others and she allowed herself to be persuaded to conduct a straw purchase of a gun.

- Ms. Lara has no criminal history and fits well within the group of individuals for whom recidivism is minimal.

- Ms. Lara needs no further deterrence than this conviction and supervision to prevent her committing other crimes.

- Even home detention would be unnecessary and wasteful of resources.

WHEREFORE Defendant respectfully requests a sentence of probation with no community confinement or home detention, a slight variance from Zone B of the guidelines.

        Respectfully submitted,

        VIRGINIA GRADY
        Federal Public Defender


        s/ Edward R. Harris
        Edward R. Harris
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Edward_Harris@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2020, I electronically filed the foregoing

**DEFENDANT'S MOTION FOR A VARIANT SENTENCE
OF STRAIGHT PROBATION**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Rajiv Mohan, Assistant United States Attorney
    Rajiv.Mohan@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Kassandra Siomara Lara   *via U.S. mail*

    s/ Edward R. Harris
    Edward R. Harris
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Edward_Harris@fd.org
    Attorney for Defendant